```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

                CASE NO. 12-61018-CIV-ZLOCH
```

PHILADELPHIA FINANCIAL
MANAGEMENT OF SAN FRANCISCO,
LLC, et al.,

    Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

DJSP Enterprises, Inc. et al.,

    Defendants.

_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 40) filed herein by United States Magistrate Judge Patrick M. Hunt and upon Defendants Motions To Dismiss (DE Nos. 22, 23 and 24). No objections to said Report have been filed. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation (DE 40) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted and ratified by the Court;

    2. Defendants Motions To Dismiss (DE Nos. 22, 23 and 24) be and the same are hereby **GRANTED,** consistent with the terms of this Order and the Report and Recommendation of Magistrate Judge Hunt (DE 40);

      3. The above-styled cause be and the same is hereby **DISMISSED**; and

      4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_24th\_\_\_ day of September, 2013.

      _____
      WILLIAM J. ZLOCH
      United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record