## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

PHILADELPHIA FINANCIAL MANAGEMENT OF SAN FRANCISCO, LLC, and BLUE LION MASTER FUND, L.P., Individually and On Behalf of All Others Similarly Situated

Plaintiffs,

v.

DJSP ENTERPRISES, INC., DAVID J. STERN, and KUMAR GURSAHANEY,

Defendants.

Case No. 0:12-cv-61018

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Philadelphia Financial Management of San Francisco, LLC and Blue Lion Master Fund, L.P., individually and on behalf of those persons they have sought to represent, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's "Final Order of Dismissal" entered September 24, 2013.

November 1, 2013                        Shepherd, Finkelman, Miller & Shah, LLP

                                        ____/s/ Scott R. Shepherd____
                                        Scott R. Shepherd
                                        Fla. Bar No. 69655
                                        Nathan Zipperian
                                        Fla. Bar. No. 61525
                                        1640 Town Center Circle
                                        Suite 216
                                        Weston, FL 33326
                                        954-515-0123
                                        954-515-0124 (facsimile)

Jonathan W. Cuneo
Charles J. LaDuca
Matthew E. Miller, *pro hac vice*
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
(202) 789-1813 (facsimile)

David I. Greenberger
David M. Marek
Liddle & Robinson, L.L.P.
800 Third Avenue, 8th Floor
New York, N.Y. 10022
(212) 687-8500
(212) 687-1505 (facsimile)

**Lead Counsel for Plaintiffs**

Joseph E. White III
Fla. Bar. No. 0621064
Lester R. Hooker
Fla. Bar. No. 0032242
Saxena White P.A.
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Richard S. Wayne, *pro hac vice*
Thomas P. Glass
Strauss Troy, LPA
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426

Jeffrey P. Harris
Brian T. Giles
Statman Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: (513) 621-2666
Facsimile: (513) 621-4896

**Co-Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF on November 1, 2013 on all counsel or parties of record on the Service List below who are registered in the CM/ECF system.


    /s/ Scott R. Shepherd
    Scott R. Shepherd

<u>**SERVICE LIST**</u>

**David Marek**
Liddle & Robinson, LLP
800 Third Avenue
New York, NY 10022
(212) 687-8500
Fax: (212) 687-1505
Email: dmarek@liddlerobinson.com

**Jeffrey Harris**
Statman Harris & Eyrich, LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 621-2666
Email: jharris@statmanharris.com

**Joseph E. White, III**
**Lester Rene Hooker**
Saxena White, P.A.
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
(561) 394-3399
Fax: (561) 394-3382
Email: jwhite@saxenawhite.com
Email: lhooker@saxenawhite.com

**Jonathan W. Cuneo**
**Matthew E. Miller**
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
Fax: (202) 789-1813
Email: mmiller@cuneolaw.com
Email: jonc@cuneolaw.com

**Scott Rhead Shepherd**
**Nathan C. Zipperian**
Shepherd Finkelman Miller & Shah LLC
1640 Town Center Circle
Suite 216
Weston, FL 33326
(954) 515-0123
Fax: (954) 515-0124

Email: nzipperian@sfmslaw.com
Email: sshepherd@sfmslaw.com

**Richard Stuart Wayne**
Strauss & Troy
Federal Reserve Building 4th Floor
150 E Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120
Fax: (513) 629-9426
Email: rswayne@strausstroy.com

**Sharon L. Kegerreis**
Berger Singerman
1450 Brickell Avenue
Suite 1900
Miami, FL 33131
(305) 714-4393
Fax: (305) 714-4340
Email: skegerreis@bergersingerman.com

**Dennis A. Nowak**
Fowler White Burnett, P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
(305) 777-9330
Fax: (305) 728-7501
dnowak@fowler-white.com

**Jeffrey A. Tew**
**Bryan T. West**
**Spencer Tew**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
(305) 536-1112
Fax: (305) 536-1116
jt@tewlaw.com
btw@tewlaw.com
st@tewlaw.com